ALSD Local 91 (Rev. 3/15)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Alabama

|  |  |
|---|---|
| United States of America<br>v.<br><br>KYLE ROSS ROOP<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  **18-mj-112**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 19, 2018 _____ in the county of _____ Baldwin _____ in the
_____ Southern _____ District of _____ Alabama _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Distribution of a Controlled Substance |

This criminal complaint is based on these facts:

SEE ATTACHMENT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel H. McKenzie, Special Agent, HSI
_____
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1.

Date: ___ 09/18/2018 ___

P. Bradley Murray
<small>Digitally signed by P. Bradley Murray<br>DN: cn=P. Bradley Murray, o, ou=United States Magistrate Judge, email=bradley_murray@alsd.uscourts.gov, c=US<br>Date: 2018.09.18 13:10:40 -06'00'</small>
_____
*Judge's signature*

City and state: ___ Mobile, AL ___

P. BRADLEY MURRAY, U.S. Magistrate Judge
_____
*Printed name and title*