# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Daniel H. McKenzie, being duly sworn, depose and state the following:

1. I am a Special Agent (SA) for the Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) assigned to the Office of the Resident Agent in Charge in Mobile, Alabama. I have been a Special Agent since November of 2007. Prior to serving in this capacity, I served as an Immigration Enforcement Agent (IEA) for ICE for approximately one (1) year. Prior to serving in that capacity, I served as a Border Patrol Agent for approximately one and one-half years. I began my law enforcement career as a Reserve Police Officer at the Fairhope Police Department in Fairhope, Alabama in June of 2003. I hold a Master's of Science Degree in criminal justice from the University of Alabama. As part of my daily duties as a HSI Special Agent, I investigate those who are involved in the distribution of narcotics, a violation of Title 21 United States Code Section 841(a)(1).

2. This affidavit is made in support of a criminal complaint for Kyle Ross ROOP, also known as Barrett WALLACE, also known as TONE, who was born on July 29, 1987.

3. In May of 2018, a cooperating defendant, hereinafter referred to as the CD, informed your affiant about an individual in Louisiana known to the CD as "Barrett Wallace" and "Tone" who was involved in manufacturing and distributing steroids, a controlled substance. The CD and a person later identified as ROOP communicated via a messaging application on a cellular telephone called Wire. According to the CD, this person later identified as ROOP utilized the username "Tone" on this wire messaging application. In June of 2018, the CD informed law enforcement officials of a suspected physical address for "Tone" in Grand Cane, Louisiana.

4. After receiving the aforementioned address, HSI personnel queried this address through a database and discovered that an individual by the name of Kyle Ross ROOP was purported to reside at said location. HSI personnel was then able to query this name in a law enforcement database which provided driver's license information for ROOP. A copy of his driver's license photo was included in this information.

5. On June 20, 2018, at the direction of your affiant, the CD informed "Tone" that he/she knew of an individual that wanted approximately 500 vials of "Test E, C, and P" referring to testosterone. This message was sent via a text message through the Wire application. "Tone" responded by saying "Easy breezy" and then asked if the person wanted 500 vials of each. The CD informed "Tone" that it would be around 500 total. It should be noted that testosterone is a Schedule III controlled substance.

6. On June 25, 2018, "Tone" sent the CD a message via Wire indicating the prices for the requested testosterone. Specifically, "Tone" indicated that the testosterone E and the Testosterone C would cost $15 per vial, and he indicated that the testosterone P would cost $8 per vial. At the direction of your affiant, the CD responded to "Tone" and ordered 200 vials of the testosterone E, 200 vials of the testosterone C, and 150 vials of the

testosterone P. The CD and "Tone" agreed the total price for the order would be $7,200.00. "Tone" asked for an address to where the testosterone should be sent, and the CD provided him a post office box in Orange Beach that is a government-controlled post office box.

7. On July 9, 2018, HSI personnel created a photo line-up that consisted of six (6) pictures taken from driver's licenses, one of which was the aforementioned driver's license photo of ROOP. Agents presented this photo line-up to the CD and asked if CD recognized anyone in the line-up. The CD pointed to the picture of ROOP and identified said picture as the person whom the CD knew as Barrett WALLACE and TONE.

8. On or about July 17, 2018, the CD received a Wire message from "Tone" indicating that the testosterone E would have black tops, the testosterone C would have yellow tops, and the testosterone P would have pink tops. On or about July 18, 2018, "Tone" sent a Wire message to the CD indicating, among other things, the tracking numbers for the order being sent to Orange Beach, but then stated the tracking numbers were incorrect.

9. On July 19, 2018 two (2) packages arrived at the government-controlled post office box in Orange Beach, AL, one of which displayed a tracking number provided by "Tone". Both packages displayed the same return address in Louisiana. The Post Master took the packages and forwarded them to a U.S. Postal Inspector in Mobile, AL.

10. On July 24, 2018, a HSI TFO met with the U.S. Postal Inspector and retrieved the aforementioned packages. The TFO then transported the packages to the HSI Mobile Office. Upon opening the first package, Agents discovered a vacuumed sealed bag within labeled "100 TC" which Agents believed contained 100 vials of testosterone C. These vials had a yellow top just as "Tone" claimed the testosterone C would have. Agents opened the second package which contained 100 vials of a clear liquid. These vials had a black top which "Tone" indicated would be testosterone E. All of the vials were sent to the Customs and Border Protection (CBP) laboratory in Houston, TX for analysis.

11. On September 13, 2018, the forensic scientist at the CBP laboratory analyzing the evidence received from ROOP informed your affiant that the preliminary findings indicate that some of the evidence contained testosterone enanthate. It is worthy of noting again that testosterone, including testosterone enanthate, is a Schedule III controlled substance.

12.  Based on the foregoing information, your affiant asserts probable cause exists that ROOP, having sent a substance which preliminary results indicate to be testosterone, a controlled substance, has violated Title 21 United States Code Section 841.

Daniel H. McKenzie
Special Agent
Homeland Security Investigations

THE ABOVE AGENT HAD ATTESTED TO THIS AFFIDAVIT PURSUANT TO FED. R. CRIM. P. 4.1(b)(2)(B) THIS __18th__ DAY OF SEPTEMBER 2018

P. Bradley Murray
Digitally signed by P. Bradley Murray
DN: cn=P. Bradley Murray, o, ou=United States Magistrate Judge,
email=bradley_murray@alsd.uscourts.gov, c=US
Date: 2018.09.18 13:13:54 -06'00'

P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE